UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) 2-04-cr-00420-JCM-RJJ-1 |
| KEVIN JAY JOHNSON | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#39), sentencing having been imposed on October 19, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $4,222.00

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $3,917.38

Name of Payee: FIRST NATIONAL BANK NV
Amount of Restitution: $1,300.00

**Total Amount of Restitution ordered:** $9,439.38

Dated this \_\_19th\_\_ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE